**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John M. McCarthy<br>　　　　　　　　　Debtor(s)<br><br>The Bank of New York Mellon FKA The Bank of New York, As Trustee For The Certificateholders Of The CWABS Inc., Asset-Backed Certificates, Series 2006-21, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　v.<br>John M. McCarthy<br>　　　　　　　　　Respondent<br>　　　　　　　And<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 22-20217 CMB<br><br>CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6(a) |

**Proposed Order**

Upon consideration of the Motion filed by The Bank of New York Mellon FKA The Bank of New York, As Trustee For The Certificateholders Of The CWABS Inc., Asset-Backed Certificates, Series 2006-21, its successors and/or assigns., it is Ordered and Decreed that the Motion is granted, and the hearing scheduled for November 8, 2022 at 10:00a.m. is hereby continued for 60 days to _____.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge