# PROCEEDING MEMO

**Date: 01/19/2023 01:30 pm**

**In re:   John M. McCarthy**

                    **Bankruptcy No. 22-20217-CMB**
                    **Chapter: 13**
                    **Doc. # 39**

**\Appearances:  BY ZOOM:  Owen Katz**
                            **Brian Nicholas**
                            **Russell Burdelski**

**Nature of Proceeding: #39 Rescheduled Hearing Re: Motion For Relief From The Automatic Stay**

**OUTCOME:  Hearing held.  Motion denied without prejudice.**

                        **Carlota Böhm**
                        **U.S. Bankruptcy Judge**

FILED
1/19/23 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA