**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
JOHN M. MCCARTHY                              )       Case No.  22-20217-CMB
_____Debtors_____         )       Chapter 13
BANK OF NEW YORK MELLON                        )
            Movant, Creditor                   )
        vs.                                    )       Related to:  Document No. 39
JOHN M. MCCARTHY,                              )
            Respondents, Debtor                )
Ronda Winnecour,                               )
            Trustee                            )


ORDER OF COURT


AND NOW, this __19th__ day of __January__, 20 _23_, it is hereby ORDERED,

ADJUDGED, and DECREED that the motion for relief from the automatic stay is denied,

without prejudice.


BY THE COURT

_Carlota M. Böhm_    glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/19/23 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20217-CMB |
| John M. McCarthy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John M. McCarthy, 546 Greenleaf Drive, Monroeville, PA 15146-1202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                      User: auto                                    Page 2 of 2
Date Rcvd: Jan 19, 2023                   Form ID: pdf900                                Total Noticed: 1

Russell A. Burdelski
                    on behalf of Debtor John M. McCarthy Russ@BurdelskiLaw.com  russ.burdelski@gmail.com


TOTAL: 6