# PROCEEDING MEMO

**Date: 01/31/2023 01:30 pm**

**In re:   John M. McCarthy**

**Bankruptcy No. 22-20217-CMB**
**Chapter: 13**
**Doc. # 50**

**Appearances:**  BY ZOOM:  Ronda Winnecour
Russell Burdelski

**Nature of Proceeding:** #50 Expedited Motion To Approve Interim Non-LMP Trial Loan Modification Order

**Additional Pleadings:**  #52 Order Signed 01/19/2023 Setting Hearing on #50
#55 Response by Chapter 13 Trustee
#56 Certificate of Service of Docket Nos. 50 and 52

**OUTCOME:**  Hearing Held.
Debtor is $910.00 behind on Plan Payments.
An Amended Plan will be filed with the Court tomorrow - 02/01/2023, increasing Plan Payments.
Consent Order to be filed with the Court by Attorney Burdelski by 02/14/2023

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
1/31/23 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA