IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John M. McCarthy ) | | |
| _____ ) | | |
| IN RE: ) | | |
| John M. McCarthy ) | Case No. 22-20217-CMB | |
| Debtor/Movant ) | | |
| v. ) | Chapter 13 | |
| Shellpoint Mortgage ) | | |
| Creditor/Respondent ) | Related to: Document No. 50 | |
| ) | | |
| Ronda Winnecour, ) | | |
| Trustee ) | | |

**CONSENT ORDER APPROVING INTERIM NON-LMP
TRIAL LOAN MODIFICATION**

*AND NOW,* this 9th day of February, 2023 for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

The Chapter 13 Trustee is authorized to modify the distribution to the above named Creditor for the Trial Modification Period. Each Trial Payment shall be to the mortgage company by the Trustee in the amount of $925.48 henceforth till further Order of this Court. The Trustee shall distribute to Shellpoint Mortgage in the amount of $925.48 per month for the following months: **2/01/23, then 3/01/23 then 4/01/23, in the amounts of $925.48 each**. Debtor has filed an amended plan to address the new obligation.

Debtor is desirous of making adequate protection payments pending confirmation of the amended plan. Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the amended plan.

(1) Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court. In the event that a Permanent Modification is reached between the parties, the Debtor *immediately* shall file a *Motion to Authorize Permanent Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

Russ@BurdelskiLaw.com

By The Court,

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/9/23 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CONSENTED TO BY:

  /s/Russell A. Burdelski                                          February 8, 2023
Russell A. Burdelski, Esquire, Attorney for Debtor         DATE

  /s/ Kate DeSimone                                                February 8, 2023
Kate DeSimone, Esquire                                        DATE
Attorney for the Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                               Case No. 22-20217-CMB

John M. McCarthy                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. McCarthy, 546 Greenleaf Drive, Monroeville, PA 15146-1202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023                                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 09, 2023 Form ID: pdf900 Total Noticed: 1

Russell A. Burdelski
                              on behalf of Debtor John M. McCarthy Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 6