IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John M. McCarthy ) | |
| _____) | |
| IN RE: ) | |
| John M. McCarthy ) | Case No. 22-20217-CMB |
|     Debtor/Movant ) | Hearing Date 5/25/23 @1:30pm |
| v. ) | |
| Shellpoint Mortgage ) | |
|     Creditor/Respondent ) | |
| ) | |
| Ronda Winnecour, ) | Chapter 13 |
|     Trustee ) | Response Deadline: 5/15/23 |

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION APPROVE NON-LMP PERMANENT
## LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on __4/26/23__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than __5/15/23____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                          BURDELSKI LAW OFFICES
DATE__5/16/23                __/s/Russell A. Burdelski, Esquire_____
                                                          R. Burdelski, Esquire, PA I.D. # 72688
                                                          Burdelski Law Offices
                                                          1020 Perry Highway
                                                          Pittsburgh, PA 15237
                                                          (412) 366-1511
                                                          Russ@BurdelskiLaw.com