**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: John McCarthy | ) | |
| _____ | ) | |
| John McCarthy | ) | Case No. 22-20217-CMB |
| Debtor/Movant | ) | Hearing Date   7/13/23 @ 1:30pm |
| | ) | responses due by 7/03/23 |
| v. | ) | Chapter 13 |
| Ronda Winnecour | ) | RAB-1 |
| Trustee/Respondent | ) | Filed under Local Bankr. |
| | ) | Rule 9013.4  6(a) |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION TO APPOINT SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 6/13/22 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than __7/01/23_.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Date 7/03/22

Respectfully submitted,
Burdelski Law Offices

___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire, PA I.D. # 72688
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366 – 1511
Russ@BurdelskiLaw.com