# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John McCarthy ) | |
| _____ ) | |
| John McCarthy ) | Case No. 22-20217-CMB |
| Debtor/Movant ) | Hearing Date   7/13/23 @ 1:30pm |
| ) | responses due by 7/03/23 |
| v. ) | Chapter 13 |
| Ronda Winnecour ) | RAB-1 |
| Trustee/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6(a) |
| | Related to Doc. No. 79 |

## ENTERED BY DEFAULT

## ORDER OF COURT

AND NOW, this __7th__ day of __July__, 20 23 upon consideration of the ***DEBTOR'S APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL*** it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      1.    Dana Lizik, Esquire of Johnson Law Group of 2925 Richmond Ave, Ste 1700, Houston, TX 77098 are hereby appointed as Special Counsel for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced motion/application for the limited purpose of acting as attorney in connection with the interest in the Estate/Debtor in prosecuting the a claim giving rise to the Debtor's claim for Personal Injury as referenced to in the foregoing motion/application, *provided however*, no settlement of any claim is to occur without prior Court Order after notice and hearing.

      2.    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, The novelty or difficulty of the issues presented, the skill requisite to perform the legal service properly,  the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or circumstances, the experience, reputation and ability of the attorney(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

      3.    Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a pre-approval of the compensation pursuant to *11 U.S.C. 328(a)*.  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above mentioned factors in granting approval by Court Order.

      4.    ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

                                                     *Carlota M. Bohm*   **dmr**
                                      Carlota Bohm
                                      U.S. Bankruptcy Judge

Case Administrator to mail to:
Debtor

                                                                  FILED
                                                                  7/7/23 11:02 am
                                                                  CLERK
                                                                  U.S. BANKRUPTCY
                                                                  COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20217-CMB |
| John M. McCarthy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. McCarthy, 546 Greenleaf Drive, Monroeville, PA 15146-1202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 07, 2023 Form ID: pdf900 Total Noticed: 1

Russell A. Burdelski
                      on behalf of Debtor John M. McCarthy Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 6