**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN M. MCCARTHY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-20217<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/05/2022 and confirmed on 03/29/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 34,741.36 |
| Less Refunds to Debtor | 1,077.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,663.61 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,995.51 | |
|    Trustee Fee | 1,777.17 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,772.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 8462 | 5,040.33 | 5,040.33 | 0.00 | 5,040.33 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 8462 | 2,774.63 | 2,774.63 | 0.00 | 2,774.63 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 8462 | 0.00 | 20,075.97 | 0.00 | 20,075.97 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 8462 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MONROEVILLE WTR/SWG AUTHORITY<br>    Acct: 2233 | 87.00 | 0.00 | 0.00 | 0.00 |
|   MONROEVILLE WTR/SWG AUTHORITY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   COASTAL CREDIT LLC(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PEOPLES CREDIT CO<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 27,890.93 |

Priority

| 22-20217 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOHN M. MCCARTHY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOHN M. MCCARTHY | 1,077.75 | 1,077.75 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSSELL A BURDELSKI ESQ* | 4,000.00 | 3,995.51 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSSELL A BURDELSKI ESQ* | 2,450.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-23 | | | | |
| | MONROEVILLE WTR/SWG AUTHORITY | 738.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 2233 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AESTIQUE PLASTIC SURGICAL ASSOCIAT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLEGHENY SPECIAL PRACTICE NETWO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APRIA HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ARROW FINANCIAL SERVICE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ARROW FINANCIAL SERVICE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BLUE HIPPO FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL RECOVERY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COASTAL CREDIT LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CONSUMER RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EILEEN RICE MD NEUROLOGY INCORPOI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GUTHY RENKER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | H AND S SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HOVER ROUND | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 643.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 0959 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 177.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 7832 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SHELLPOINT MORTGAGE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22-20217 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|   KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 27,890.93 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 738.05 |
| SECURED | 7,901.96 |
| UNSECURED | 821.24 |

Date: 08/04/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com